## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Missouri Valley Communications, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| North Dakota Public Service Commission and Kevin Cramer, Bonny Fetch and Brian Kalk, In their capacities as Commissioners of the North Dakota Public Service Commission | ) ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| Midcontinent Communications, a South Dakota Partnership, | ) ) | |
| | ) | Case No. 4:12-cv-091 |
| Defendants. | ) | |

Before the court is Defendant Midcontinent Communications' motion for attorney J.G. Harrington to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney J.G. Harrington has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. J.G. Harrington has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 7) is **GRANTED**. Attorney J.G. Harrington is admitted to practice before this court in the above-entitled action on behalf of Defendant Midcontinent Communications.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2012.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge